UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARNELL JOHNSON,

          Plaintiff,

-against-

WARDEN E. BAILEY, Medical Administrator,
G.M.D.C.; and COMMISSIONER
MARTIN F. HORN, New York City
Department of Correction,

          Defendants.
-----------------------------------------------------------X

JUDGMENT
06-CV-5594 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 7 2007 ★

BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on June 6, 2007, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
      June 6, 2007

                                                s/Robert C. Heinemann

                                                ROBERT C. HEINEMANN
                                                Clerk of Court